# MARK ALAN GUTERMAN

***Attorney at Law***

**199 MAIN STREET, S**
**WHITE PLAINS, N.Y**
**(914) 761-448**
***fax* (914) 761-46**


July 5, 20

Application granted. The pre-motion conference scheduled for July 15, 2026 is adjourned to July 28, 2026 at 10:00 a.m. using the same dial-in instructions previously provided.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 15.

SO ORDERED.

_______________________
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 6, 2026

***Via ECF***
Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropus Street, Room 530
White Plains, New York 10601

Re: Yizar v. City of Mt. Vernon *et al*
Docket No. 26-cv-4065 (PH)

Dear Judge Halpern:

I write to request that the pre-motion conference, now scheduled for July 15, 2026, be adjourned. I left on vacation on the morning of July 2, and do not return to the United States until July 19. I will be seven (7) hours ahead of EDT, with limited access to my files. I ask the Court's indulgence and request that the conference be adjourned to a date after July 23.

I had attempted to file this request on July 1, but for technical reasons, my letter did not post to PACER.

Respectfully,

*Mark A. Guterman*

MARK A. GUTERMAN

MAG:jao

cc: Steven Bushnell, Esq., via ECF Filing