UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANIER YIZAR,

Plaintiff,

-against-

THE CITY OF MT. VERNON, et al.,

Defendants.

**ORDER**

26-CV-04065 (PMH)

PHILIP M. HALPERN, United States District Judge:

On July 28, 2026, counsel for all parties appeared for a pre-motion conference. The Court ordered the parties to file, on or before July 29, 2026, a proposed order and stipulation, signed by the parties: (1) dismissing Mt. Vernon Police Department and Lt. Kenneth Bruce as defendants; (2) dismissing Plaintiff's failure-to-intervene and emotional distress claims; and (3) consolidating Plaintiff's *Monell* claims. The order and stipulation should also provide that the dismissal of Lt. Kenneth Bruce and Plaintiff's failure-to-intervene claim is without prejudice to Plaintiff seeking leave to amend to add Lt. Kenneth Bruce as a defendant or a failure-to-intervene claim during discovery. Plaintiff is directed to file a second amended complaint consistent with the order and stipulation on or before August 4, 2026. Defendants shall answer or move as permitted by the Court's Individual Practices with respect to the second amended complaint on or before August 18, 2026. *See* Transcript.

**SO ORDERED.**

Dated: July 28, 2026
White Plains, New York

HON. PHILIP M. HALPERN
United States District Judge